# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| SERGIO B.F., | Case No. 26-CV-2992 (NEB/DJF) |
| Petitioner, | |
| v. | ORDER ACCEPTING |
| | REPORT AND RECOMMENDATION |
| MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; TODD M. LYONS, Acting Director, Immigration and Customs Enforcement; DAVID EASTERWOOD, Acting Director of Enforcement and Removal Operations, St. Paul Field Office, Immigration and Customs Enforcement; TODD BLANCHE, Acting U.S. Attorney General; Department of Justice; ERIK KLANG, Crow Wing County Sheriff, Warden Crow Wing County Detention Facility, Brainerd, Minnesota, | |
| Respondents. | |

The Court has received the July 24, 2026 Report and Recommendation of United States Magistrate Judge Dulce J. Foster. (ECF No. 10.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1.      The Report and Recommendation (ECF No. 10) is ACCEPTED;

2. The Petition for Writ of Habeas Corpus (ECF No. 2) is GRANTED;

3. As soon as practicable, but not later than **48 hours** after entry of this Order, and with coordination or at least two hours' advance notice to counsel, Respondents must release Sergio B.F. from custody in Minnesota;

4. Respondents must release Sergio B.F. with all his personal property, such as driver's license, immigration papers, passport, cellphone, and keys; and

5. Respondents must, within **48 hours** after entry of this Order, provide the Court with a status update concerning Sergio B.F.'s release.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 30, 2026                                    BY THE COURT:
Time: 4:35 p.m.

                                                       s/Nancy E. Brasel
                                                       Nancy E. Brasel
                                                       United States District Judge

2